UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JAMI LINN WILSON,<br><br>　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>　　Defendant. | Civil No. 2:23-CV-00578-MC<br><br><br>ORDER FOR REMAND |

Based on the parties' agreement and stipulation, and good cause shown, it is hereby ORDERED as follows:

1. Pursuant to sentence four of 42 U.S.C. § 405(g), the above-captioned case is reverse d and remanded to the Defendant Commissioner of Social Security for further administrative proceedings and a new decision with respect to Plaintiff Jami Linn Wilson's applications for Disability Insurance Benefits and Supplemental Security Income under Titles II and XVI of the Social Security Act, respectively.

2. On remand, the administrative law judge (ALJ) shall:

    a. Obtain supplemental evidence from a vocational expert (VE), clarifying any issues related to the methodology and job numbers provided by the VE;

    b. Offer the claimant the opportunity for a hearing;

    c. Take any further action needed to complete the administrative record; and

    d. Issue a new decision.

3. Plaintiff shall be entitled to move for reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d).

IT IS SO ORDERED this  28th  day of  November , 2023.

                                         s/Michael J. McShane
                                         UNITED STATES DISTRICT JUDGE

Submitted by:

NATALIE K. WIGHT, OSB #035576
United States Attorney

KEVIN DANIELSON, OSB #065860
Executive Assistant U.S. Attorney

s/ Lars J. Nelson
LARS J. NELSON
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-3717

Page 2   ORDER - [2:23-CV-00578-MC]